JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARD ST. JULIEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | Case No. CV 14-2410 FMO (MRWx)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 30th day of June, 2014.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge