# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN EDWARD ST. JULIEN,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. CV 14-2410 FMO (MRWx)<br><br>**JUDGMENT RE ATTORNEY'S FEES** |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff Allen Edward St. Julien shall pay defendant's attorney's fees in the amount of **$14,858.21**.

Dated this 31st day of August, 2016.

/s/
Fernando M. Olguin
United States District Judge